DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CONRAD BURCH,**
Appellant,

v.

**MARILYN BURCH,**
Appellee.

No. 4D21-555

[January 20, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Jennifer Alcorta Waters, Judge; L.T. Case No. 56-2018-DR-001680.

Esther A. Zaretsky of Law Office of Esther A. Zaretsky, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\*        \*        \*

*Not final until disposition of timely filed motion for rehearing.*